No. 10–5873. ROSENDAHL v. NIXON, GOVERNOR OF MISSOURI, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 10–5880. COSTA v. MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.

No. 10–5881. CANTEY v. OHIO. Ct. App. Ohio, Wayne County. Certiorari denied.

No. 10–5888. ORSELLO v. GAFFNEY ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–5900. WILSON v. ZAFRA ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–5901. WILLIAMS v. FREE ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–5904. TINSLEY v. DAVIS, SHERIFF, HENDERSON COUNTY, NORTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–5914. KIRKPATRICK v. HALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–5917. LAURENCE v. GATEWAY HEALTH SYSTEM. C. A. 6th Cir. Certiorari denied.

No. 10–5919. MARS v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 10–5920. DRUMMOND v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 10–5925. ALLEMAN v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 10–5931. WILSON v. HUBBARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–5935. EVERETT v. WALSH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.